**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
|     Michele R. Oyler | CASE NO: 18-30762-dof |
| | JUDGE DANIEL S. OPPERMAN |
|         Debtor(s) | |
| _____/ | |

## STIPULATION FOR ENTRY OF ORDER TO REFUND MONIES FROM THE BALANCE ON HAND IN THE AMOUNT OF $3,000.00 TO DEBTOR

    Debtor, Michel R. Oyler, by and through her attorney, John Z. Kallabat, and Carl L. Bekofske, Standing Chapter 13 Trustee, hereby stipulate and agree to the entry of an Order to Refund Monies from the Balance on Hand in the amount of $3,000.00, which is attached hereto as Exhibit A. Debtor is in desperate need of a vehicle. The vehicle debtor was using and making payments for is in her late brother's name. Debtor's brother recently passed away and the vehicle must now be returned to the creditor. Absent the refund, Debtor will be unable to pay the down payment need to obtain financing for a vehicle.

    **IT IS HEREBY STIPULATED** that the Chapter 13 Trustee, Carl L. Bekoske, shall refund from available funds on hand in Case No. 18-30762-dof, the sum of $3,000.00 to debtor, Michele R. Oyler.


/s/ Carl L. Bekofske
Carl L. Bekofske P10645
Melissa Caouette P62729
Leo J. Foley, Jr. P76060
Chapter 13 Standing Trustee
400 N. Saginaw Street, Suite 331
Flint, MI 48502
(810) 238-4675
Ecf@flint13.com


/s/ John Z. Kallabat
John Z. Kallabat (P49891)
Attorney for Debtor
Kallabat & Associates, P.C.
31000 Northwestern Hwy., Ste 201
Farmington Hills, MI 48334

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

| | |
|---|---|
| IN RE:<br>    Michele R. Oyler<br><br>            **Debtor(s)**<br>_____/ | CHAPTER 13<br>CASE NO: 18-30762-dof<br>JUDGE DANIEL S. OPPERMAN |

### ORDER TO REFUND MONIES FROM THE BALANCE ON HAND IN THE AMOUNT OF $3,000.00 TO DEBTOR

    The above captioned Debtor having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, having sought to monies from balance on hand from the Trustee in the amount of $3,000.00 for the following reason: Debtor is in desperate need of a vehicle. The vehicle debtor was using and making payments for is in her late brother's name. Debtor's brother recently passed away and the vehicle must now be returned to the creditor. Absent the refund, Debtor will be unable to pay the down payment need to obtain financing for a vehicle. The parties having agreed as follows and the Court being otherwise sufficiently advised in the premises;

    **IT IS HEREBY ORDERED** that the Chapter 13 Trustee, Carl L. Bekofske, shall refund from available funds on hand in Case No. 18-30762-dof, the sum of $3,000.00 to debtor, Michele R. Oyler.

**"Exhibit A"**